John J. Talton, Chapter 13 Trustee  
Check No. 834189  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10218 | 008-0 | MICHAEL P BRITT<br>Original Check written to:<br>NELNET<br>COLLEGE ACCESS NETWROK<br>999 18TH, SUITE 425<br>DENVER, CO  80202 | xxxx-A,B | 10,354.99 | 4,038.71 | 0.00 | 4,038.71 |
| 06-10218 | 105-0 | MICHAEL P BRITT<br>Original Check written to:<br>COUNTRYWIDE HOME LOANS<br>P O BOX 650070<br>DALLAS, TX  75265-0070 | 8425 | 0.00 | 841.55 | 241.23 | 1,082.78 |
| 06-90132 | 122-0 | FRANK V DERKOWSKI<br>Original Check written to:<br>WELLS FARGO FINANCIAL TEXAS INC<br>4137 121ST ST<br>URBANDALE, IA  50323- | xxxxxxxxxx0794 | 0.00 | 213.65 | 0.00 | 213.65 |
| 07-10142 | 006-0 | ANGELA VALENCIANO<br>Original Check written to:<br>USE CREDIT UNION<br>719 SAWDUST ROAD #102<br>THE WOODLANDS, TX  77380-2946 | x1856 | 1,108.54 | 54.87 | 0.00 | 54.87 |
| 07-90007 | 009-0 | CHARLES R. DAVIS<br>Original Check written to:<br>BANK OF AMERICA, NA<br>ATTN: MR. M-BK<br>P.O. BOX 53160<br>PHOENIX, AZ  85072-3160 | 8664 | 6,816.70 | 515.34 | 0.00 | 515.34 |
| 08-10286 | 020-0 | VANESSA B. SWAN<br>Original Check written to:<br>MCI<br>AFNI/MCI<br>PO BOX 3243<br>BLOOMINGTON, IL  61702-3243 | xxxxxxxxxxxx6108 | 341.63 | 798.23 | 0.00 | 798.23 |